Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 1

---

**BAKER HUGHES PRESSURE CONTROL LP,**

        Plaintiff,

v.

**UNITED STATES,**

        Defendant.

**S U M M O N S**

**C t .   N o .   2 3 - c v - 0 0 1 3 7**

---

**TO**:   The Attorney General and the Secretary of Homeland Security:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                     /s/ Mario Toscano
                     Clerk of the Court

## PROTEST

| | |
|---|---|
| Port of Entry: Dallas/Fort Worth | Center (if known): Electronics |
| Protest Number: 5501-17-100504 | Date Protest Filed: June 20, 2017 |
| Importer: GE Oil & Gas Pressure Control Group | Date Protest Denied: January 10, 2023 |
| Category of Merchandise: Steel parts | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 23198298410 | 3/17/2016 | 1/27/2017 | 23198290516 | 3/8/2016 | 1/20/2017 |
| 23198298337 | 3/17/2016 | 1/27/2017 | 23198294542 | 2/24/2016 | 1/6/2017 |
| 23198284816 | 3/4/2016 | 1/20/2017 | 23198276044 | 2/28/2016 | 1/6/2017 |

**Continued on Form 1-3**

---

**Port Director**
**U.S. Customs and Border Protection**
**Port of Dallas/Fort Worth**
**7501 Esters Blvd., Suite 160**
**Irving, TX 75063**

**William R. Rucker**
**Faegre Drinker Biddle & Reath**
**320 S. Canal Street, Ste. 3300**
**Chicago, IL 60606-5707**
randy.rucker@faegredrinker.com

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| **Appraised Value of Merchandise** | | |
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: |  |  |
| Protest Claim: |  |  |
| **Classification, Rate or Amount** | | | | |
|  | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Steel Parts | 7326.90.8588 | 2.9% | 8481.90.9085<br>8431.43.4000 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

    Classification - the subject merchandise is properly classified under HTSUS subheading 8481.90.9085 or 8431.43.4000

The issue which was common to all such denied protests:

    The identified tariff classification issue was common to all denied protests.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

                                                                       _____/s/ William R. Rucker_____
                                                                          *Signature of Plaintiff's Attorney*

                                                                       _____June 30, 2023_____
                                                                                 *Date*

Form 1-3

**SCHEDULE OF PROTESTS**

<u>**Electronics**</u>
Center (if known)

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2704 | 5501-17-100504 | 23198281515 | 2/20/2016 | 12/30/2016 | 6/20/2017 | 1/10/2023 |