## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BAKER HUGHES PRESSURE CONTROL LP,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>            Defendant. | Court No. 23-00137 |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Baker Hughes Pressure Control LP ("Plaintiff"), by and through its attorneys, notifies the Court and Defendant that Plaintiff hereby voluntarily dismisses this case with prejudice.

    Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**
Attorneys for Plaintiff
Baker Hughes Pressure Control LP
191 N. Wacker Dr., Suite 3700
Chicago, IL  60606
(312)-569-1000

Dated: April 19, 2025

*s/ Wm. Randolph Rucker*
Wm. Randolph Rucker

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BAKER HUGHES PRESSURE CONTROL LP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. 23-00137 |

### ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by Plaintiff, is dismissed with prejudice.

Dated: April __, 2025                                         Clerk, U.S. Court of International Trade

                                                              By: _____

                                                                   Deputy Clerk

2

**Schedule to Order of Dismissal**

| Court Number | Plaintiff Name | Protest Number(s) | Entry Number(s) |
|---|---|---|---|
| 23-00137 | Baker Hughes Pressure Control LP | 5501-17-100504 | 23198298410<br>23198298337<br>23198284816<br>23198290516<br>23198294542<br>23198281515<br>23198276044 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal has been electronically filed on April 19, 2025 with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following counsel of record for Defendant:

> Luke Mathers
> U.S. Department of Justice
> Commercial Litigation Branch – Civil Division
> 26 Federal Plaza
> Room 346
> New York, NY 10278
> luke.mathers@usdoj.gov

*s/ Wm. Randolph Rucker*
Wm. Randolph Rucker