## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BAKER HUGHES PRESSURE CONTROL LP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Court No. 23-00137 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Baker Hughes Pressure Control LP ("Plaintiff"), by and through its attorneys, notifies the Court and Defendant that Plaintiff hereby voluntarily dismisses this case with prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**DRINKER BIDDLE & REATH LLP**
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Baker Hughes Pressure
　　　　　　　　　　　　　　　　　　　Control LP
　　　　　　　　　　　　　　　　　　　320 S. Canal Street, Suite 3300
　　　　　　　　　　　　　　　　　　　Chicago, IL  60606
　　　　　　　　　　　　　　　　　　　(312) 569-1000

Dated: April 24, 2025　　　　　　　　　*s/ Wm. Randolph Rucker*
　　　　　　　　　　　　　　　　　　　Wm. Randolph Rucker

5

## **ORDER FOR DISMISSAL**

This action, having been voluntarily noticed for dismissal by Plaintiff, is dismissed with prejudice.

Date: April 25, 2025                    Clerk, U.S. Court of International Trade

By_____/s/ Casey A. Cheevers_____
Deputy Clerk

**Schedule to Order of Dismissal**

| Court Number | Plaintiff Name | Protest Number(s) | Entry Number(s) |
|---|---|---|---|
| 23-00137 | Baker Hughes Pressure Control LP | 5501-17-100504 | 23198298410<br>23198298337<br>23198284816<br>23198290516<br>23198294542<br>23198281515<br>23198276044 |

7